UNITED STATES of America, Plaintiff—Appellee,

v.

Pavel VAKULSKY, Defendant—Appellant.

No. 01–30445.

D.C. No. CR–00–00415–MA.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 4, 2002.*

Decided Nov. 13, 2002.

Before REAVLEY,** KOZINSKI and W. FLETCHER, Circuit Judges.

MEMORANDUM ***

Any evidentiary or constitutional error that the district court may have committed

was harmless. The only result was a change in the order of testimony, and that change had no conceivable effect on Vakulsky's substantial rights. *See* Fed. R.Crim.P. 52(a). Even if *Brooks v. Tennessee,* 406 U.S. 605, 92 S.Ct. 1891, 32 L.Ed.2d 358 (1972), does not itself require Vakulsky to show prejudice, his failure to raise the issue at trial does. *See United States v. Vonn,* 294 F.3d 1093, 1094 (9th Cir.2002). He has not done so.

AFFIRMED.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* The Honorable Thomas M. Reavley, Senior United States Circuit Judge for the Fifth Circuit, sitting by designation.

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

